FORM nhgnrlp (Rev. 10/20)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: White Wilson Medical Center PA
Tax ID: 59–3000333
Debtor

Bankruptcy Case No.: 25–40486–KKS

Chapter: 11
Judge: Karen K. Specie

**Notice of Emergency Preliminary Hearing**

    PLEASE TAKE NOTICE that a hearing to consider and act upon the following will be held on October 29, 2025, at 02:00 PM, ***Eastern Time***, at U.S. Bankruptcy Courthouse, 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301. Parties may appear at the following alternate location:   via Zoom (NOTE: Zoom participants may not introduce evidence or cross examine witnesses without prior authorization of the Court. See FLNB Zoom participation instructions at www.flnb.uscourts.gov/zoom).

    ***67*** – Emergency Motion to Approve Post–Petition Financing , Grant Liens, and Grant Administrative Expense Status Filed by Alberto F. Gomez Jr. on behalf of White Wilson Medical Center PA (Attachments: # 1 Mailing Matrix) (Gomez, Alberto)

Dated: October 21, 2025

FOR THE COURT
Traci E. Abrams, Clerk of Court
110 E. Park Ave., Ste. 100
Tallahassee, FL 32301

**SERVICE:** Alberto Gomez shall serve this notice of emergency/expedited hearing immediately by facsimile or email on all parties as required by the applicable Rules and a certificate of service must be filed immediately thereafter.